UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-mc-00326-ODW (ASx) | Date | February 7, 2022 |
|-----|--------------------------|------|------------------|
| Title | *ThermoLife International, LLC et al. v. Matt Titlow* | | |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|----------------|--------------|-----|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings (In Chambers):**

It appears that the Magistrate Judge has addressed all aspects of relief Petitioners sought in the Motion that instituted this proceeding.  (Mins., ECF No. 16.)  Accordingly, the parties are **ORDERED TO SHOW CAUSE**, no later than **three (3) days** from the date of this order, why this matter should not be dismissed.  Failure to respond will not be penalized and instead will simply be deemed consent to dismissal of the matter.

**IT IS SO ORDERED.**

                                                          :     00

Initials of Preparer   SE