JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-mc-00326-ODW (ASx) | Date | February 11, 2022 |
|-----|-------------------------|------|-------------------|
| Title | *ThermoLife International, LLC et al. v. Matt Titlow* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|------------------------|-------------------------------------------------|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings (In Chambers):**

The parties' non-response to the Court's February 7, 2022 Order to Show Cause ("OSC") confirms that the Court has addressed all aspects of relief Petitioners sought in the Motion that instituted this proceeding.  (OSC, ECF No. 20; *see* Mins., ECF No. 16.)  Accordingly, the Court **DISMISSES** this matter.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

_____ : ___00___

Initials of Preparer    SE